FILED

AUG 0 1 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

SeAN B. MAYO

v.

Rocky Mount Police Department
Rocky Mount Community
correction Judicial Center
Probation Department

NO. 5:22-cv-00289 -M

COMPLAINT

Plaintiff resides at:

P.O Box 2922 Rocky Mount N.C 27802

1109 Nashville Rd Rocky Mount N.C 27803

Defendant(s)' name(s) and address(es), if known:

Rocky Mount Police Department
330 S. Church St. Rocky Mount N.C 22804

Cokey Rd Community Correction Probation Dept.
305 Cokey Rd Rocky Mount N.C 27801

1

Jurisdiction in this court is based on:

State Goverment Employees

The acts complained of in this suit concern:

Illegal Search, False Arrest. Held against will. ON date 08/12/2019. I arried home to find two probation officers at my home to search my home without cause. I Am not or was not on probation At the Time of the incident. The day before 08/11/2019 I told a officer the person she was looking for no longer lived At the Address. The probation officers told me I couldn't leave to go to the store. Searched my broken down truck and storage building with a dog saying they smelled drugs. They both had already been broken in to, there was no drugs found. They found a gun said it was mine. Arrested me. I told the magistrate what happed. He said it was illegal search.

2

_(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)_

I seek the following relief:

Pain and Suffering Affaid for life
$ 666,137.00

8-1-2022

DATE

SIGNATURE OF PLAINTIFF

P.O Box 2922
Rocky Mount N.C 27802

(919) 710-0057

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3