IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00289-M

| | |
|---|---|
| SEAN B. MAYO,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNT POLICE DEPARTMENT;<br>ROCKY MOUNT COMMUNITY<br>CORRECTION JUDICIAL CENTER<br>PROBATION DEPARTMENT,<br><br>Defendants. | **DEFENDANT ROCKY MOUNT POLICE DEPARTMENT'S NOTICE TO PLAINTIFF OF POLICE OFFICERS INVOLVED WITH INCIDENT, ETC.** |

Defendant "Rocky Mount Police Department" ("RMPD"), by and through its undersigned counsel, and pursuant to the Order (D.E. 42) of this Court, hereby gives notice that it has provided Plaintiff with the name of any Rocky Mount Police Department officers involved in incident occurring on August 12, 2019 involving Plaintiff, the call logs associated with such incident, the Incident/Investigation Report associated with such incident, Plaintiff's mugshot and the available body camera video.  Such information was served on Plaintiff and the Rocky Mount Community Correction Judicial Center Probation Department on  February 2, 2023.

This the 2nd day of February, 2023.

By: /s/J. Nicholas Ellis
J. Nicholas Ellis
State Bar No. 13484
jnellis@poynerspruill.com
Poyner Spruill LLP
P.O. Box 353
Rocky Mount, NC  27802-0353
Tel: (252) 446-2341
Fax: (919) 783-1075
Attorneys for Defendant Rocky Mount Police Department

# CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing (NEF) to all CM/ECF registered attorneys listed on the NEF, and I further certify that I have mailed the same to the following non-CM/ECF participants:

| | |
|---|---|
| Sean B. Mayo<br>P.O. Box 2922<br>Rocky Mount, NC 27802<br>*Pro Se Plaintiff* | Sonya Calloway-Durham<br>Special Deputy Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, N.C. 27602<br>scalloway@ncdoj.gov |

This the 2nd day of February, 2023.

/s/ J. Nicholas Ellis
J. Nicholas Ellis