IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00289-M-RN

**Sean B. Mayo**,

    Plaintiff,

v.

**Rocky Mount Police Department &
Rocky Mount Community Correction
Judicial Center Probation Department**,

    Defendants.

**Show Cause Order**

Late last month, the court ordered Defendants to respond to discovery requests that Plaintiff Sean B. Mayo filed as motions with the court. Disc. Order, D.E. 42. The court's order—in no uncertain terms—required Defendants to "comply with the requirements of Federal Rule of Civil Procedure 33(b)" when making their disclosures. *Id.* at 5. Both Defendants erroneously thought it necessary to file responses on the court's docket indicating that they had served Mayo with discovery responses. *See* Response, D.E. 44; Notice, D.E. 45; Local Civil Rule 26.1(a) ("Discovery materials . . . are not to be filed unless by order of the court or for use in the proceedings."). And despite the court's clear language, Defendant Rocky Mount Community Correction Judicial Center Probation Department's response failed to comply with Federal Rule 33(b).

The court addressed this deficiency in early February, requiring the Probation Department to serve Mayo an amended response that fully complies with the January order and the Federal Rules. Order Requiring Am. Resps., D.E. 46. The February order explicitly reminded Defendants that "[n]o further discovery materials should be filed by any party unless authorized by the court or its Local Rules." *Id.* at 2.

The very next day, the Probation Department ignored the court's clear command. The Probation Department filed its discovery response directly with the court rather than serving it on Mayo independently. *See* Second Response, D.E. 47. This is the latest in an ongoing series of events where attorneys from the North Carolina Department of Justice's Public Safety Section have disregarded orders from this and other federal courts.

In light of the direct, intentional violation of the court's order, the court is considering imposing sanctions on attorney Sonya Calloway-Durham, the North Carolina Department of Justice, or both, through Federal Rule 37(b)(2), Local Rule 11.1, the court's inherent authority, or some combination of the three. Calloway-Durham must appear for a show cause hearing on Tuesday, February 14, 2023, at 3:00 p.m. at the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. Because of the ongoing nature of these issues, the head of the Criminal Division[1] of the North Carolina Department of Justice (or someone more senior in authority) must also attend in person. Calloway-Durham is ordered to provide a copy of this order to that person immediately. Failure to attend may result in the imposition of sanctions or initiation of contempt proceedings without further opportunity to be heard.

Neither Mayo nor counsel for Defendant Rocky Mount Police Department need attend the show cause hearing.

Dated: February 8, 2023

*Robert T. Numbers, II* (signature)
_____
Robert T. Numbers, II
United States Magistrate Judge

---

[1] The criminal division appears to encompass the section responsible for this case. *See* https://ncdoj.gov/legal-services/divisions/.