| | |
|---|---|
| PLAINTIFF<br>Sean B. Mayo | COURT CASE NUMBER<br>5:22-CV-289-M |
| DEFENDANT<br>Rocky Mount Police Department, et al. | TYPE OF PROCESS<br>Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NC Attorney General Jeff Jackson

| ADDRESS (Street or RFD, Apartment No.) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 114 West Edenton St. | Raleigh | NC | 27603 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
U.S. Clerk of Court
Raleigh, NC

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Personal service

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER  DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: No. 56
District to Serve: No. 56
Signature of Authorized USMS Deputy or Clerk: PARRY PREUC — Digitally signed by PARRY PREUC, Date: 2025.10.17 15:55:02 -04'00'
DATE: Oct 17, 2025

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): JEFF JACKSON, NC ATTORNEY GENERAL
Date: 10/20/2025  Time: 12:23 ☒ pm

Address (complete only different than shown above): SAME AS ABOVE

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS
5:22-CV-289-M PACER Doc. 141

**FILED**
OCT 2 4 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _MM_ DEP CLK