IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:22-CV-00289-M

FILED
NOV 03 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

SEAN B. MAYO, )
)
       Plaintiff, )
) PRETRIAL ORDER
)
VS. )
)
COMMUNITY CORRECTIONS )
DENNIS PARRIS, et al. )
       Defendants. )

The plaintiff has the following pretrial request for trial date set by Richard E. Myers II, Chief United States District Judge.

1) Plaintiff Sean Mayo complaint issued against defendant.
2) AXON Body Cam video Exhibit 2
3) Declaration of Bill Woodlard sworn statements of time of arrival and allegation told to him by the defendant. Document 22-1 Document 86-1
4) Affidavit of Colton S. Craft sworn statements time of arrival, nature of call in reference to a disturbance call by Dennis Parris. Conversation with plaintiff on body cam Exhibit 2. Document 90-2
5) Affidavit of Damian Whitaker sworn statements of nature of call, by Dennis Parris. Body cam worn by officer Whitaker 90-3
6) Declaration of Chistopher Mcphatter magistrate sworn statement of matter. Heard the statements give by Sean Mayo and Officers Whitaker, and Craft. Document 86-6
7) Declaration of Kiwana Johnson sworn statement. The nature of the matter time of arrival. Discrepancies in subject matter with statements by Dennis Parris. Document 86-5
8) Memorandum & Recommendations order by: Robert T. Numbers II. United States Magistrate Judge. Ruling of summary judgements of all defendants of plaintiff claims Documents 133
9) Plaintiff availability to question Dennis Parris of sworn statements given. Why is there discrepancies in statements by Kiwana Johnson and Parris. Why statements given by Parris does not match body cam video and conversation on video between Plaintiff and Officer Craft.

11-03-2025