

Dec. 1, 2025

The Honorable Robert T. Numbers, II
310 New Bern Avenue
Raleigh, NC 27601

Dear Judge Numbers,

Enclosed is the North Carolina Department of Justice's response to your Oct. 17, 2025, order in *Mayo v. Rocky Mount Police Department, et al.*

Since assuming office in January, I have made it a priority to address the longstanding issues within the Public Safety Section and the frustrations they have caused the Court. My leadership team has closely reviewed the concerns raised by colleagues inside and outside the Department, including the specific matters identified in your order. We recognize the seriousness of the issues that occurred and we have taken significant steps to restructure and reform the Section, retain and support talented attorneys, and better manage its substantial workload.

The enclosed report outlines the corrective actions already underway and the additional measures we are implementing to ensure that the Department's representation meets the rightful standards expected by the Court and by every judge before whom our attorneys appear. Among many other steps, these include engaging former North Carolina Supreme Court Justice Barbara Jackson to provide oversight and review, partnering with the National Association of Attorneys General to conduct a strategic assessment of the Section's organization, operations, and performance, and implementing new internal review requirements.

Some of the Section's underlying challenges ultimately require legislative action to fully resolve, but we remain committed to improving our performance with the resources we have. We will continue working to strengthen the quality, reliability, and professionalism of the legal services provided by this Section and by the Department as a whole. Our team is available should the Court wish to discuss the report or any related matters.

As the State's lawyers, we understand that providing high-quality legal representation is essential to upholding the rule of law and ensuring the fair and effective administration of justice for the people of North Carolina. We will continue working to meet that obligation.

Sincerely,

*Jeff Jackson*

Jeff Jackson
Attorney General

# CERTIFICATION

I, Jeff Jackson, Attorney General of the State of North Carolina, hereby certify under penalty of perjury, that I have reviewed and, based upon my information, knowledge, and belief, approve the contents of this Report submitted in response to the Court's Order filed October 17, 2025. [DE 141]

This the 1st day of December, 2025.

                                                                                      JEFF JACKSON
                                                                                      ATTORNEY GENERAL